

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00795-CV

David **RODRIGUEZ**,
Appellant

v.

**H-E-B**, Jointly and Severally William Tate, Jointly and Severally and as employee of H-E-B
L.P., Stephen Martinez Jointly and Severally and as employee of H-E-B L.P., Meredith Reid as
employee of H-E-B L.P, Jointly and Severally, Debra Ann Godoy as employee of H-E-B L.P. et
al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI16263
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

On December 2, 2019, appellant David Rodriguez filed a motion entitled "Appellant's
Response, Quash Motion, Strike Hearing of Court Reporter's Contest Titled Motion to Require
Appellant to Prove Inability to Afford Costs." After consideration, appellant's motion is
DENIED.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 6th day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court